# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ROBERT GINDEL, KEVIN HUMPHREY, XIOADAN SONG, WEIJING LI, PATRICIA JACOBS, CRAIG HANDWRECKER, JOHN WOODS, MICHELLE CHARBONNEAU, ANNIE BROUSSEAU, CLAUDE RACINE, ROLAND SKERGET, ANNE SMART, ANTHONY D'ACUNTO, GREGG LUTZ, ERIC NEMETH, JUDITH GRASSO, LORI BRYAN, BRIAN STREICHER, AND GRACE MACKEY,**
Appellants,

v.

**CENTEX HOMES, CENTEX REAL ESTATE CORPORATION, 2728 HOLDING CORPORATION, PULTE HOME CORPORATION, AND PULTE CORPORATION,**
Appellees.

No. 4D17-2149

[    April 3, 2019    ]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit; Palm Beach County, Edward L. Artau, Judge; L.T. Case No. 50-2014-CA-005369.

Scott C. Harris of Whitfield Bryson & Mason, LLP, Raleigh, NC, for appellants.

Luis E. Ordonez and Gabriel A. Alfonso of Quintairos, Prieto, Wood & Boyer, P.A., Miami, John H. Dannecker, Derrick M. Valkenburg, and Jennifer P. Sommerville of Shutts & Bowen, LLP, Orlando, and Jason B. Gonzalez of Shutts & Bowen, LLP, Tallahassee, for appellees.

**On Motion for Certification**

PER CURIAM.

Appellees request this Court to certify that its decision is in direct conflict with a decision of another district court of appeal, and/or that the decision passes upon a question of great public importance. Pursuant to Florida Rule of Appellate Procedure 9.030(a)(2)(A)(v), we grant the motion for certification. Because reasonable people may differ on the

interpretation of applicable Florida Supreme Court precedent as it applies to the interpretation of sections 95.11(3)(c) and 558.004, Florida Statutes (2014), we certify the following question to the Florida Supreme Court as one of great public importance:

DOES COMPLIANCE WITH THE NOTICE REQUIREMENT UNDER SECTION 558.004(1), FLORIDA STATUTES (2014) CONSTITUTE THE COMMENCEMENT OF A CIVIL ACTION OR PROCEEDING SUFFICIENT TO TOLL THE STATUTE OF REPOSE SET FORTH IN SECTION 95.11(3)(C), FLORIDA STATUTES (2014)?

FERNANDEZ and SCALES, Associate Judges, and SUAREZ, Senior Associate Judge, concur.